IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-07-00281-CV

 

Flying Diamond-West Madisonville 

Limited Partnership, Sol Levine, and 

Mardan Energy Corporation,

                                                                                    Appellants

 v.

 

GW Petroleum, Inc., Great Western 

Onshore, Inc., Forcenergy Onshore, Inc., 

Cascade Energy Corporation, Faulconer 

1996 LLC, Gulfwest Oil Company, and 

Gulfwest Oil & Gas Company,

                                                                                    Appellees

 

 



From the 278th District Court

Madison County, Texas

Trial Court No. 6354

 



MEMORANDUM  Opinion










 

            Appellants, Flying Diamond-West
Madisonville Limited Partnership, Sol Levine, and Mardan Energy Corporation
filed a notice of appeal on September 13, 2007.  This Court issued its opinion
and judgment affirming in part and reversing in part on August 26, 2009.  A
motion for rehearing was filed on September 11, 2009.  This Court referred this
cause to mediation on October 7, 2009.  

            Appellants and Appellees now jointly
seek a dismissal of this appeal because the parties have settled their dispute
in mediation and they no longer wish to pursue the appeal.  The parties have
agreed that the costs of appeal should be borne by the party incurring them.

            Therefore, we withdraw the prior
judgment entered in this cause dated August 26, 2009.  The opinion of the Court
issued on August 26, 2009 is not withdrawn.  Tex.
R. App. P. 42.1(c).

            Accordingly, this appeal is dismissed
and the court costs are assessed against the party incurring them.  Tex. R. App. P. 42.1.  The motion for
rehearing is denied as moot.

 

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Dismissed

Opinion
delivered and filed April 14, 2010

[CV06]